*E-filed 1/15/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERMIN RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SANTA CLARA,<br><br>    Defendant.<br>_____/ | No. C 06-04821 HRL<br><br>**NOTICE OF STATUS CONFERENCE AND ORDER TO APPEAR** |

On May 29, 2007, the parties were ordered to promptly arrange a settlement conference before Magistrate Judge Trumbull. This court has just learned that they never did so. Now discovery is long closed and the case is set for trial next month.

PLEASE TAKE NOTICE THAT a Status Conference is set in this matter for **Thursday, January 24, 2008 at 1:30 p.m.** in Courtroom 2, Fifth Floor of the United States District Court, San Jose. Trial counsel shall attend <u>in person</u> at the Status Conference. Plaintiff shall attend <u>in person</u> unless he is now represented by counsel who has appeared in this case.

The court file does not contain a timely demand for a jury trial, and the court intends to conduct a bench trial of this case beginning on the date now scheduled, February 19, 2008.

**IT IS SO ORDERED.**

Dated: 1/15/08



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Mark F. Bernal mark.bernal@cco.sccgov.org

Fermin Rodriguez
6970 Fairview Road
Hollister, CA 95023

* Counsel are responsible for providing copies of this order to co-counsel.

Date:  1/15/08                               KRO
                                             Chambers of Magistrate Judge Howard R. Lloyd