1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 FERMIN RODRIGUEZ,            )   No.   C06-04821 HRL (PVT)
                                )
12      Plaintiff,               )   **ORDER PERMITTING ENTRY OF**
                                )   **LAPTOP COMPUTER INTO COURT**
13 v.                           )   **HOUSE**
                                )
14 COUNTY OF SANTA CLARA,       )   Date:  February 25, 2008
                                )   Time:  2:00 p.m.
15      Defendant.               )   Dept.: Crtrm 5, 4th Floor
                                )   Judge: Honorable Patricia Trumbull
16 _____)

17     It is hereby ordered that Mark Bernal, attorney of record for Defendant in the above-

18 captioned matter, may bring a laptop computer into the courthouse for use in a Settlement

19 Conference in Courtroom 5 on February 25, 2008.

20     IT IS SO ORDERED.

21 Date:  February 22, 2008              *[signature: Patricia V. Trumbull]*
                                          _____
22                                         PATRICIA V. TRUMBULL
                                           United States Magistrate Judge
23

24

25

26

27

28  114572.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Order Permitting Entry of Laptop
Computer into the Court House                -1-                    C06-04821 HRL (PVT)