**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERMIN RODRIGUEZ, | No. C 06-04821 HRL |
| Plaintiff, | |
| v. | **ORDER ON 1) ON JURY TRIAL REQUEST; 2) MOTION TO WITHDRAW; AND 3) FURTHER CASE MANAGEMENT SCHEDULING** |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |
| _____/ | Re: Docket Nos. 42, 44 |

A status conference was held on March 11, 2008 to address two recently filed matters. Counsel for both parties and Plaintiff were present. Based on the papers submitted and the discussion held at that hearing, the court orders as follows:

**A) Jury Trial Demand**

Defendant removed this case and did not demand a jury. Plaintiff did not initially make a separate jury demand in this proceeding, nor did he indicate that a demand had been made in state court. However, when the court recently indicated that it intended to proceed with a bench trial, Plaintiff filed a jury trial request. That request included supporting documents showing a proper demand from the state court proceeding, which need not be repeated in this court. *See* Fed.R.Civ.P. 81(c); Cal.C.C.P. § 631. Accordingly, Plaintiff's jury trial request is GRANTED.

**B) Motion to Withdraw**

On February 22, Plaintiff's counsel moved to withdraw, citing a breakdown in communication between himself and his client. Counsel claims that this breakdown renders him unable to effectively represent the plaintiff, prepare for the upcoming trial, or engage in settlement discussions. Plaintiff does not object to the withdrawal and has agreed (in writing) to represent himself *pro se* until he secures new counsel.

Good cause having been thus shown, the court GRANTS the motion to withdraw. Plaintiff is now representing himself in this matter. He shall promptly notify the court of any changes in his contact information or if he retains new counsel.

**C) Further Case Management**

At the status conference, Plaintiff requested additional time to find new representation, since his pretrial obligations are coming due. Furthermore, the parties agreed to a limited reopening of discovery. As such,

1. Discovery is reopened for the limited purpose of conducting the three depositions identified at the hearing (i.e., depositions of the nurse, the independent medical examiner, and Officer Rosales).
2. The Pretrial Conference set for April 8, 2008 and the Trial set to begin on April 14, 2008 are now VACATED.
3. A further status conference is set for **Tuesday, April 29, 2008 at 1:30 p.m.** in Courtroom 2, Fifth Floor of the United States District Court, San Jose. Counsel for Defendant, Plaintiff, and Plaintiff's counsel (if one has been retained) shall attend <u>in person</u>.

**IT IS SO ORDERED.**

Dated: 3/14/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Mark F. Bernal mark.bernal@cco.sccgov.org

Allen Broslovsky broslaw@hughes.net

Fermin Rodriguez
6970 Fairview Road
Hollister, CA 95023

\* Counsel are responsible for providing copies of this order to co-counsel.

Date:  3/14/08                                     KRO
                                    Chambers of Magistrate Judge Howard R. Lloyd