*E-filed 5/5/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERMIN RODRIGUEZ, | No. C 06-04821 HRL |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER STATUS CONFERENCE** |
| COUNTY OF SANTA CLARA, | |
| Defendant. | |

A status conference was held on April 29, 2008 to assess plaintiff's progress in retaining new counsel and to set a trial date. At the conference, plaintiff again requested additional time to find representation. Rodriguez explained that he has been actively pursuing representation, but has been unsuccessful. He also said that because of his injuries - which primarily affect his memory - he is unable to represent himself at trial.

Accordingly,

1. Discovery remains reopened for the limited purpose of conducting the three depositions identified at the March 11, 2008 hearing (i.e., depositions of the nurse, the independent medical examiner, and Officer Rosales).

//

<div style="float:left">United States District Court<br>For the Northern District of California</div>

2.    A further status conference is set for **Tuesday, June 10, 2008 at 1:30 p.m.** in Courtroom 2, Fifth Floor of the United States District Court, San Jose. Counsel for defendant, plaintiff, and plaintiff's counsel (if one has been retained) shall attend <u>in person</u>.

    a.    If plaintiff retains counsel before the conference, he should immediately notify the court in writing. Trial will then be set at the conference.

    b.    If plaintiff has not retained counsel by June 10, he should bring a letter from his doctor explaining any physical or medical condition which makes him unable to represent himself at trial and when that condition will be resolved.

    c.    If plaintiff does not have an attorney or a satisfactory letter from his doctor, the court will likely set the case for trial.

**IT IS SO ORDERED.**

Dated: 5/5/08



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Mark F. Bernal mark.bernal@cco.sccgov.org

Fermin Rodriguez
6970 Fairview Road
Hollister, CA 95023

* Counsel are responsible for providing copies of this order to co-counsel.

Date: 5/5/08                                    KRO
                                    Chambers of Magistrate Judge Howard R. Lloyd

3