*E-filed 07/15/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERMIN RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CLARA,<br><br>　　　　　Defendant.<br>_____/ | No. C 06-04821 HRL<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

　　　This court held a status conference on July 15, 2008. The plaintiff was told to bring an attorney, if retained, and a second, more explicit doctor's letter to the conference. The letter was supposed to explain any physical or medical condition that makes him unable to represent himself at trial, and estimate when that condition might be resolved.

　　　The doctor's note plaintiff brought opined that plaintiff is unable to represent himself due to a "post-concussion syndrome which impairs his cognitive ability and creates anxiety." The note indicated that the condition is "likely permanent."

　　　Plaintiff has not retained an attorney, but indicated that an attorney might agree to represent him, pending a review of his medical records. He ordered these records, but they have not arrived.

1  To allow ample time for plaintiff to receive the records and for the attorney review
2  them, the court sets a further status conference for **Tuesday, September 20, 2008 at 1:30 p.m.**
3  in Courtroom 2, Fifth Floor of the United States District Court, San Jose.  Counsel for
4  defendant, plaintiff, and plaintiff's counsel (if one has been retained) shall attend <u>in person</u>.

6  **IT IS SO ORDERED.**

7  Dated: 07/15/08



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2


1  THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

2  Mark F. Bernal mark.bernal@cco.sccgov.org

3

4  Fermin Rodriguez
5  6970 Fairview Road
   Hollister, CA 95023
6

7  * Counsel are responsible for providing copies of this order to co-counsel.
8

9  Date:   July 15, 2008                          MPK
                                                  Chambers of Magistrate Judge Howard R. Lloyd
10

**United States District Court**
For the Northern District of California

3